UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-cv-00096-BO

| | |
|---|---|
| BD RESTORATION, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CROM, LLC, THE CROM CORPORATION OF AMERICA, and CI NC STUDENT HOUSING LEASECO, LLC,<br><br>    Defendants. | **CONSENT ORDER** |

This matter is before the Court upon the Consent Motion to Stay and Compel Arbitration (the "Motion") of Plaintiff BD Restoration, LLC ("Plaintiff") and Defendants Crom, LLC ("Crom"), The Crom Corporation of America ("Crom Corp.") (collectively, the "Crom Defendants") and CI NC Student Housing Leaseco, LLC (collectively, "Defendants"). Counsel for Plaintiff and Defendants consent to the granting of the Motion. Upon review of the Motion and for good cause shown, the Court will grant the Motion.

IT IS HEREBY ORDERED as follows:

1. The Consent Motion to Stay and Compel Arbitration is GRANTED;

2. Plaintiff's claims in this action against Defendants are hereby STAYED pending further Order of the Court; and

3. Plaintiff's claims against the Crom Defendants shall be decided by arbitration in Alachua County, Florida, in accordance with the Subcontract Agreement between Plaintiff and Crom.

This the 7 day of August, 2024.

                                                                _____
                                                                 United States District Court Judge